**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 07-6753**

————————————

DANIEL LEVERN STALEY,

Plaintiff - Appellant,

versus

MARION COUNTY DETENTION CENTER; W. T. JOHNSON,
Director, Marion County Detention Center;
REGINA REED; ROSE BETHEA; RENEE CAESAR;
OFFICER CAMPBELL; BETTY GAUSE,

Defendants - Appellees.

————————————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Patrick Michael Duffy, District
Judge.  (9:06-cv-03207-PMD)

————————————

Submitted:  December 20, 2007      Decided:  December 26, 2007

————————————

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Daniel Levern Staley, Appellant Pro Se.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Levern Staley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2000). The magistrate judge recommended that relief be denied and advised Staley that failure to file timely and specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Staley failed to file specific objections to the magistrate judge's recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Staley has waived appellate review by failing to timely file specific objections after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -